# UNITED STATES of America, Plaintiff–Appellee,

## v.

## Robert William LAWHORN, Defendant–Appellant.

### No. 01–6353.

United States Court of Appeals, Fourth Circuit.

Submitted May 17, 2001.

Decided May 29, 2001.

Robert William Lawhorn, pro se. Paul Alexander Weinman, Assistant United States Attorney, Greensboro, NC, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Robert William Lawhorn seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Lawhorn*, Nos. CR–93–233; CA–00–555–1 (M.D.N.C. filed Jan. 22, 2001; entered Jan. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*